129 F.3d 1255
 Cecil McLendon, Don Vandertulip, Jimmie Cartharn, Jr., Konrad Trojniar
v.
Continental Group, Inc., a New York Corporation Incorporated
in 1913, Continental Beverage Packaging, Inc., (f/k/a
Cintinental Can Company, U.S.A., Inc., o/k/a Continental Can
Company, Inc.), Continental Packaging Company, Inc.,
Continental Group, Inc., a New York Corporation Incorporated
in 1982, Continental Can Company, Inc. (f/k/a TDV Holding
Corporation) a Delaware Corproation Incorporated in
 NO. 96-5736
 United States Court of Appeals,
Third Circuit.
 Sept 18, 1997
 
 1
 Appeal From: D.N.J. ,Nos.8301340, 8904009, 8904066
 
 
 2
 Affirmed.